IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
<u>LAFAYETTE/OPELOUSAS</u> DIVISION

IN RE:       JOHN A VALLIEN              CASE NO: 09-51756

---

**CERTIFICATE FOR DISCHARGE**

The above named debtor hereby certified under penalty of perjury that the following is try and correct as it pertains to this bankruptcy pursuant to 11 U.S.C. Section 1328.

I.   All payments have been completed and they are now otherwise entitled to a discharge.

II.  That the debtor has paid and has no post petition liability for a domestic support obligation due on or before the date this certificate is signed including any pre petition amounts to the extend provided for by the plan.

III. That the debtor(s) have completed an instructional course on personal financial management and have filed the certificates of completion of said courses.

IV.  That there is no reasonable cause to believe that 11 U.S.C. Section 522(q)(1) may be applicable to the debtor(s) or either of them and there is no reasonable cause to believe that there is pending any proceeding in which the debtor(s), or either of them, may be found guilty of a felony of the kind described in 11 U.S.C. Section 522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. Section 522(q)(1)(B).

V.   The debtor is no ineligible to receive a discharge in this case by reason of obtaining a prior discharge in accordance with Section 1328(f)(1) or (2).


/s/John A. Vallien                 07/07/10
**DEBTOR**                         **DATE**